United States District Court
Southern District of Mississippi
Northern Division

| | |
|---|---|
| Equal Employment Opportunity Commission | Plaintiff |
| V. | No. 3:12 -cv- 681 DPJ FKB |
| Baby O's Restaurant | Defendant |

## Motion of Counsel to Withdraw

Mike Farrell, counsel for the defendant, moves the court for leave to withdraw as counsel of record on grounds that he and the defendant have developed irreconcilable differences.

The case was resolved with a consent decree. Doc. 24. Once the terms have been complied with, paragraph 6 of the decree provides that it will remain in effect until December 28, 2016.

If the need arises, the defendant can be contacted at the address shown in the certificate of service.

Dated: March 28, 2016.

Respectfully submitted,

/s/ Mike Farrell

Mike Farrell (MSB #5147)
Mike Farrell, PLLC
210 East Capitol Street
Regions Plaza, Suite 2180
Jackson, MS 39201
Tel: 601-948-8030
mike@farrell-law.net

## CERTIFICATE OF SERVICE

I certify that on March 28, 2016, a copy of this document was filed using the ECF system which should have automatically sent a copy to:

C. Emanuel Smith
Marsha L. Rucker
Harriett Johnson       harriett.johnson@eeoc.gov

I further certify that a copy of this motion was sent to the defendant by U. S. Mail and email in care of:

Baby O Restaurant
Attn: Daniel Dax Owens
995 S. West St.
Jackson, Ms. 39201
601-592-7000
dowens901@gmail.com

 

/s/ Mike Farrell
Mike Farrell