IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                                      PLAINTIFF

V.                                                                                   NO. 3:12 - cv - 681 DPJ FKB

BABY O'S RESTAURANT
d/b/a DANNYS                                                                                    DEFENDANT

---

Certificate of Service

---

     Pursuant to the court's order granting the motion of Mike Farrell to withdraw as the attorney of record for the defendant, Doc.25, the undersigned hereby certifies that he sent a copy of the court's order by email, U.S. mail and certified mail to: Mr. Dax Owens in care of Baby O's Restaurant, 995 S. West Street, Jackson, Mississippi 39213. A copy of the letter is attached as Ex. A.

     Dated: April 12, 2016.

                                           Respectfully submitted,

                                           /s/ Mike Farrell
                                           Mike Farrell (MSB #5147)
                                           Mike Farrell, PLLC
                                           210 East Capitol Street
                                           Regions Plaza, Suite 2180
                                           Jackson, MS 39201
                                           Tel: 601-948-8030
                                           mike@farrell-law.net

CERTIFICATE OF SERVICE

  I certify that on April 12, 2016, a copy of this document was filed using the ECF system which should have automatically sent a copy to:

  C. Emanuel Smith  emanuel.smith@eeoc.gov
  Harriett Johnson   harriett.johnson@eeoc.gov


               */s/ Mike Farrell*
               Mike Farrell