# Mike Farrell, PLLC
### Attorney-at-Law

Regions Plaza, Suite 2180
210 E. Capitol St.
Jackson, Mississippi 39201

601-948-8030 Tel
601-948-8032 Fax
mike@farrell-law.net

April 11, 2016

Mr. Dax Owen
Baby O Restaurant
995 S. West Street
Jackson, MS 39213

RE: EEOC v. Baby O Restaurant, Civil Action 3:12-cv-681

Dear Dax,

I have enclosed a copy of the court's order allowing me to withdraw as counsel. Please note that the order requires you to inform the court by May 30, 2016 of the name of your new attorney.

Sincerely yours,

Mike Farrell

MF/lg
Enclosure





IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                                    PLAINTIFF

vs.                                                        CIVIL ACTION NO.: 3:12-cv-681-DPJ-FKB

BABY O'S RESTAURANT                                                           DEFENDANT

## ORDER

This cause comes before the court on the motion [25] for withdrawal of attorney Mike Farrell as counsel for Defendant Baby O's Restaurant. Having considered the motion, the court finds that it is well-taken and should be granted.

Accordingly, it is hereby ordered that attorney Mike Farrell shall be allowed to withdraw from his representation of Defendant Baby O's Restaurant in this action, to be effective upon the attorney filing a certificate of service indicating that he has provided a copy of this order to the registered agent for Defendant Baby O's Restaurant, via certified mail, return receipt requested.

Further, because corporations may appear before the court only through a licensed attorney, Defendant Baby O's Restaurant shall inform the court in writing, no later than May 30, 2016, as to whom it elects to employ as counsel of record in this matter. *See Southwest Exp. Co., Inc. v. I.C.C.*, 670 F2d. 53, 56 (5th Cir. 1982).

SO ORDERED AND ADJUDGED, this the 5th day of April, 2016.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE